No. 73–31. YEAGER, PRINCIPAL KEEPER v. MACON. C. A. 3d Cir. Certiorari denied.

No. 73–35. FAIR LAWN EDUCATION ASSN. v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 73–36. FREEHOLD REGIONAL HIGH SCHOOL EDUCATION ASSN. v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 73–43. SOBIEK v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–45. WILSON BUILDING, INC. v. BRENNAN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 73–48. KAISER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–49. SULLIVAN ET AL. v. BRINEGAR, SECRETARY OF TRANSPORTATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–53. LaSORSA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–54. DONELON ET AL. v. NEW ORLEANS TERMINAL CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–57. BLAKEWAY ET AL. v. SOUTHERN NATIONAL BANK OF HOUSTON. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.